# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan (Detroit)

In re **Rosemary Blevins**
Debtor

Case No. **12-44493**
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.
**Court claim no.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account: 9507

**Date of payment change:** (Must be at least 21 days after date of this notice) 02/01/2013

**Uniform Claim Identifier:**

**New total payment:** Principal, Interest, and escrow, if any $609.78

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $212.18    New escrow payment: $282.91

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate:    New interest rate:

Current principal and interest payment:    New principal and interest payment:

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

Current mortgage payment:    New mortgage payment:

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.  ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Darshana Shah                              Date  12/06/2012

Print:  Darshana Shah                            Title  VP of Loan Documentation

Company  Wells Fargo Home Mortgage               Specific Contact Information:
Address  MAC X7801-014                           P: 800-274-7025
         3476 Stateview Blvd.                    E: NoticeOfPaymentChangeInquiries@wellsfargo.co
         Fort Mill, SC 29715

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Michigan (Detroit)

Chapter 13 No. 12-44493

In re:

Judge: Judge Thomas J. Tucker

Rosemary Blevins

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on December 06, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: Rosemary Blevins
26621 Fairfield Rd
Warren, MI 48089

Debtor's Attorney: Christopher E. Frank
6 Parklane Blvd.
Suite 665
Dearborn, MI 48126

Trustee: Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

/s/ Bill Taylor
Authorized Agent



Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA 50306-4547

**For informational purposes**

Escrow account disclosure statement
and notice of new mortgage payment

| | |
|---|---|
| Loan number: | |
| Next payment due date: | January 01, 2013 |
| New payment effective date: | February 01, 2013 |
| New payment amount: | $609.78 |
| Shortage amount: | **$848.71** |
| Principal balance: | $71,322.97 |
| Unpaid 2nd principal balance: | $30,611.29 |
| Interest rate: | 4.625% |
| Statement date: | November 29, 2012 |
| Account review period: | Aug 2012 - Jan 2013 |
| Customer service: | 1-800-340-0473 |
| Customer service hours: | Mon - Fri 6 a.m. - 10 p.m. |
| | Sat 8 a.m. - 2 p.m. CT |

We accept telecommunications relay service calls.

Property address:
26621 FAIRFIELD AVENU
WARREN MI 48089-1324

ROSEMARY BLEVINS
26621 FAIRFIELD AVE
WARREN MI 48089

Dear ROSEMARY BLEVINS:

Each year, we review your escrow account to make sure the escrow portion of your monthly mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your monthly mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

### New monthly escrow and mortgage payment amount

| New payment effective date<br>February 01, 2013[1] | Current<br>monthly payment ($) | New monthly payment ($) | |
|---|---|---|---|
| | | Option 1 | Option 2 |
| Principal and/or interest | 326.87 | 326.87 | 326.87 |
| Escrow payment | 212.18 | 212.18 | 212.18 |
| Escrow shortage/prepayment[2] | 0.00 | 0.00 | 70.73 |
| **Total payment amount** | **539.05** | **539.05** | **609.78** |

1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your February 01, 2013 payment is made in full.

2. If your current monthly payment includes an amount to cover a previous escrow shortage, this amount will be added. If your current monthly payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.

The escrow disclosure indicates a shortage of $848.71. We have spread this amount over the next 12 months and included it in the new monthly payment. However, any voluntary decision to pay the shortage in full will reduce the monthly payment to $539.05. If you voluntarily choose to pay this shortage in full now, please detach this coupon and mail it along with the check to the address that appears on this statement.

### You may use either of the following options to restore your required account balance

| Option 1: Pay the entire shortage now | Option 2: Pay the shortage over 12 months<br>**No action required** unless you use a bill pay<br>or 3rd party payment service to pay your mortgage |
|---|---|
| Pay the entire escrow shortage amount of $848.71 using the shortage payment coupon and your new monthly mortgage payment will be $539.05 | Pay the escrow account shortage of $848.71 in 12 payments of $70.73 which we've included in your new monthly payment amount of $609.78. |

**Attention bill pay and 3rd party payment service customers:** Notify your service of the change to your mortgage payment.

---



ROSEMARY BLEVINS

Wells Fargo Home Mortgage
PO Box 5296
Carol Stream, IL 60197-5296

**Shortage payment coupon for loan number:**

Note: Due to changes in your taxes and insurance, your mortgage payment may increase even if you voluntarily decide to pay your shortage in full.

Your escrow account review indicates a shortage of **$848.71**. For your convenience, we have spread this amount over **12** months and included it in your new monthly payment. However, you may choose to pay it in full and your monthly payment will be **$539.05**.

If you choose to pay this shortage in full now, please detach this coupon and mail it along with your check to the address that appears on this coupon. Wells Fargo Bank, N.A. may clear your check electronically. Receipt of your check will authorize us to process your payment as an electronic debit to the account on which the check was written.

Please do not include this remittance with your monthly mortgage payment.

**Escrow shortage payment: $848.71**
**New monthly payment if shortage is paid: $539.05**

For informational purposes        Loan number:

The following information covers your projected escrow account activity from Feb 2013 to Jan 2014

### Projected escrow account disbursements
Annualized items to be paid from your escrow account ($):

| | |
|---|---|
| HAZARD INS | 1,006.20 |
| CITY TAX | 1,398.60 |
| COUNTY TAX | 141.35 |
| Total disbursements | 2,546.15 |
| Monthly escrow payment | 212.18[1] |

1. Your monthly escrow payment is calculated by dividing the total disbursements by 12.

### Projected escrow account activity for the next 12 months

| Date | Anticipated payments ($) | | Description | Escrow balance ($) | |
| | To escrow | From escrow | | Projected | Required |
|---|---|---|---|---|---|
| Feb 2013 | | | Starting balance | 235.31 | 1,084.02 |
| Feb 2013 | 212.18 | 0.00 | | 447.49 | 1,296.20 |
| Mar 2013 | 212.18 | 0.00 | | 659.67 | 1,508.38 |
| Apr 2013 | 212.18 | 1,006.20 | ALLSTATE INSURANCE | 134.35- | 714.36 |
| May 2013 | 212.18 | 0.00 | | 77.83 | 926.54 |
| Jun 2013 | 212.18 | 0.00 | | 290.01 | 1,138.72 |
| Jul 2013 | 212.18 | 0.00 | | 502.19 | 1,350.90 |
| Aug 2013 | 212.18 | 1,129.72 | WARREN CITY | 424.35-[2] | 424.36[3] |
| Sep 2013 | 212.18 | 0.00 | | 212.17- | 636.54 |
| Oct 2013 | 212.18 | 0.00 | | 0.01 | 848.72 |
| Nov 2013 | 212.18 | 0.00 | | 212.19 | 1,060.90 |
| Dec 2013 | 212.18 | 141.35 | WARREN CITY/MACOMB CO | 283.02 | 1,131.73 |
| Dec 2013 | 0.00 | 259.88 | WARREN CITY | 23.14 | 871.85 |
| Jan 2014 | 212.18 | 0.00 | | 235.32 | 1,084.03 |
| Total | 2,546.16 | 2,546.15 | | | |

These calculations indicate the projected escrow balance will be less than the required escrow balance. The resulting shortage is $848.71. If you choose to pay the shortage in full, the new monthly payment will be $539.05.

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

2. **Projected low point**. The point during the 12-month period at which the projected escrow balance will reach its lowest point.

3. **Required escrow balance**. To cover unanticipated disbursements, including increases to tax or insurance payments, there is a 2-month minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.

- Your 2-month minimum escrow balance is **$424.36**
- State law requires that this minimum escrow balance not exceed **$424.36**
- <u>Note</u>: If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.

### Information about your escrow account shortage

| | |
|---|---|
| Your lowest projected escrow account balance (low point) ($) | 424.35- |
| Less your required minimum escrow account balance ($) | 424.36 |
| **This means your escrow account has a shortage of ($)** | **848.71** |

Page 3 of 3

For informational purposes        Loan number: ▓

The following information covers your escrow account history activity from Aug 2012 to Jan 2013

| Date | Payments to escrow ($) Projected | Actual | Payments from escrow ($) Projected | Actual | Description | Escrow balance ($) Projected | Actual |
|---|---|---|---|---|---|---|---|
| Aug 2012 | | | | | Starting balance | 1,838.30 | 2,104.22- |
| Aug 2012 | 249.67 | 0.00[1] | 1,588.63 | 1,138.72[1] | WARREN CITY | 499.34 | 3,242.94- |
| Sep 2012 | 249.67 | 468.76[1] | 0.00 | 0.00 | | 749.01 | 2,774.18- |
| Oct 2012 | 249.67 | 0.00[1] | 0.00 | 0.00 | | 998.68 | 2,774.18- |
| Nov 2012 | 249.67 | 3,198.54[1] | 0.00 | 0.00 | | 1,248.35 | 424.36 |
| Dec 2012 est. | 249.67 | 0.00[1] | 141.35 | 141.35 | WARREN CITY/MACOMB CO | 1,356.67 | 283.01 |
| Dec 2012 est. | 0.00 | 0.00 | 259.88 | 259.88 | WARREN CITY | 1,096.79 | 23.13 |
| Jan 2013 est. | 249.67 | 212.18[1] | 0.00 | 0.00 | | 1,346.46 | 235.31 |
| Totals | 1,498.02 | 3,879.48 | 1,989.86 | 1,539.95 | | | |

1. Indicates where a difference exists between the projected and actual account activity.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



**Manage your mortgage payments easily with the Preferred Payment Plan℠**

- Schedule weekly, biweekly, semi-monthly or monthly payments
- Save time and money with free, secure withdrawals
- No due dates to remember or checks to write

It's free, secure and convenient. To enroll, call 1-866-386-8519.

A guide to your escrow questions and answers is available at: wellsfargo.com/escrowquestions